```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
RUDOLFO FERNANDEZ,               :
                                 :
        Petitioner               :        ECF CASE
                                 :
      - v. -                     :     NOTICE OF APPEARANCE AND
                                 :     REQUEST FOR ELECTRONIC
UNITED STATES OF AMERICA,        :           NOTIFICATION
                                 :
        Defendant.               :      07 Civ. 7772 (BSJ)
                                 :
                                 :
                                 :
- - - - - - - - - - - - - - - - x
```

TO: Clerk of Court

   United States District Court

   Southern District of New York

   The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                              Respectfully submitted,

                              MICHAEL J. GARCIA
                              United States Attorney for the
                                Southern District of New York

                              by: /s/ Nicholas Lewin
                              Nicholas Lewin
                              Assistant United States Attorney
                              Tel: (212) 637-2337
                              Fax: (212) 637-2937